IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01074-PSF-CBS

JAMES KENNEY, Derivatively on behalf of Carrier Access Corporation,

Plaintiff,

v.

ROGER L. KOENIG;
TIMOTHY R. ANDERSON;
NANCY PIERCE;
JOHN W. BARNETT, JR.;
DAVID R. LAUBE;
MARK A. FLOYD;
THOMAS C. LAMMING; and
KELD, LLC,

Defendants,

and

CARRIER ACCESS CORPORATION, a Delaware corporation,

Nominal Defendant.

---

**ORDER SETTING HEARING ON MOTION TO CONSOLIDATE RELATED CASES**

---

This matter is before the Court on Plaintiff James Kenney's Motion to Consolidate All Related Shareholder Derivative Actions and Appoint a Leadership Structure for Plaintiffs (Dkt. # 4). It is hereby

ORDERED that a hearing on this motion is set for **August 11, 2005 at 9:00 a.m.** before Judge Phillip S. Figa in Courtroom A602 of the U.S. District Courthouse, 901

19th Street, Denver, Colorado. Plaintiff's counsel is DIRECTED to notify opposing counsel in all related cases.

DATED: June 28, 2005

BY THE COURT:

s/ Phillip S. Figa

Phillip S. Figa
United States District Judge