IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01074-PSF-CBS
(Consolidated with 05-cv-01095 and 05-cv-01134)

JAMES KENNEY,

      Plaintiff,

v.

ROGER L. KOENIG;
TIMOTHY R. ANDERSON;
NANCY PIERCE;
JOHN W. BARNETT, JR.;
DAVID R. LAUBE;
MARK A. FLOYD;
THOMAS C. LAMMING; and
KELD, LLC,

      Defendants,

and

CARRIER ACCESS CORPORATION, a Delaware corporation,

      Nominal Defendant.

Civil Action No. 05-cv-01095-PSF-CBS
(Consolidated with 05-cv-01074 and 05-cv-01134)

SEAN CHAITMAN,

      Plaintiff,

v.

ROGER L. KOENIG;
NANCY PIERCE;
TIMOTHY R. ANDERSON;
JOHN W. BARNETT, JR.;
DAVID R. LAUBE;
MARK FLOYD; and
THOMAS C. LAMMING,

      Defendants,

and

CARRIER ACCES CORPORATION, a Delaware corporation,

     Nominal Defendant.

---

Civil Action No. 05-cv-01134-PSF-CBS
(Consolidated with 05-cv-01095 and 05-cv-01074)

WEST COAST MANAGEMENT & CAPITAL, LLC,

     Plaintiff,

v.

ROGER L. KOENIG;
NANCY PIERCE;
TIMOTHY R. ANDERSON;
DAVID R. LAUBE;
MARK FLOYD; and
THOMAS C. LAMMING,

     Defendants,

and

CARRIER ACCESS CORP.,

     Nominal Defendant.

---

## ORDER ON MOTION FOR RECONSIDERATION

---

THIS MATTER is before the Court on Plaintiff James Kenney's Motion For

Reconsideration of the Court's August 11, 2005 Order (Dkt. # 43), filed September 21,

2005.  Plaintiff Kenney, through his counsel, seeks a reconsideration of this Court's

appointment of lawyers from the firm of Federman & Sherwood as lead counsel for plaintiffs.  The motion is DENIED.

DATED: October 28, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge