IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01074-PSF-CBS
(Consolidated with 05-cv-01095; 05-cv-01134; 05-cv-02124)

JAMES KENNEY,

    Plaintiff,

v.

ROGER L. KOENIG;
TIMOTHY R. ANDERSON;
NANCY PIERCE;
JOHN W. BARNETT, JR.;
DAVID R. LAUBE;
MARK A. FLOYD;
THOMAS C. LAMMING; and
KELD, LLC,

    Defendants,

and

CARRIER ACCESS CORPORATION, a Delaware corporation,

    Nominal Defendant.

---

Civil Action No. 05-cv-01095-PSF-CBS
(Consolidated with 05-cv-01074; 05-cv-01134; 05-cv-02124)

SEAN CHAITMAN,

    Plaintiff,

v.

ROGER L. KOENIG;
NANCY PIERCE;
TIMOTHY R. ANDERSON;
JOHN W. BARNETT, JR.;
DAVID R. LAUBE;
MARK FLOYD; and
THOMAS C. LAMMING,

    Defendants,

and

CARRIER ACCESS CORPORATION, a Delaware corporation,

    Nominal Defendant.

Civil Action No. 05-cv-01134-PSF-CBS
(Consolidated with 05-cv-01095; 05-cv-01074; 05-cv-02124)

WEST COAST MANAGEMENT & CAPITAL, LLC,

    Plaintiff,

v.

ROGER L. KOENIG;
NANCY PIERCE;
TIMOTHY R. ANDERSON;
DAVID R. LAUBE;
MARK FLOYD; and
THOMAS C. LAMMING,

    Defendants,

and

CARRIER ACCESS CORP.,

    Nominal Defendant.

---

Civil Action No. 05-cv-02124-PSF-CBS
(Consolidated with 05-cv-01074; 05-cv-01095; 05-cv-01134)

ROSS NOVAK, Individually, on Behalf of All Others Similarly Situated,
and Derivatively on Behalf of Carrier Access Corporation,

    Plaintiff,

v.

JOHN W. BARNETT, JR.;
MARK A. FLOYD;
ROGER L. KOENIG;
THOMAS C. LAMMING;
DAVID R. LAUBE; and
NANCY PIERCE,

    Defendants,

and

CARRIER ACCESS CORPORATION, a Delaware corporation,

    Nominal Defendant.

**ORDER GRANTING MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTION WITH PREVIOUSLY CONSOLIDATED SHAREHOLDER DERIVATIVE ACTIONS**

This matter having come before the Court upon the Defendants' Motion to Consolidate Related Shareholder Derivative Action With Previously Consolidated Shareholder Derivative Actions (Dkt. # 72), and the Court being fully advised in the premises, it is hereby

ORDERED that the motion is GRANTED and that

1. The above-captioned cases shall be consolidated into Civil Action No. 05-cv-01074-PSF-CBS for all purposes, including pre-trial proceedings, trial and appeal.

2. Defendant John W. Barnett, Jr. is not required to respond to the Novak Complaint.

DATED: November 9, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge